Filed
Clerk of Court
United States District Court
By jamesburrell
On: August 4, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO:** CR 226-039 |
| | ) | |
| **v.** | ) | **8 U.S.C. § 1326(a)** |
| | ) | **Re-entry After** |
| **OSCAR SILVANO TOGA** | ) | **Removal/Deportation** |

**THE GRAND JURY CHARGES THAT:**

**<u>COUNT ONE</u>**
*Re-entry After Removal/Deportation*
8 U.S.C. § 1326(a)

On or about July 16, 2026, in Glynn County, within the Southern District of Georgia, the Defendant,

**OSCAR SILVANO TOGA,**

an alien, was found in the United States after having been removed therefrom on or about February 5, 2007, at or near El Paso, Texas, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

A True Bill.

Foreperson

Margaret E. Heap
United States Attorney

Olivia C. Brame
Assistant United States Attorney
*Lead Counsel

, Alex Hamner, Deputy Chief

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division