Filed
Clerk of Court
United States District Court
By jamesburrell
On: August 4, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO:** CR 226-039 |
| | ) | |
| **v.** | ) | **8 U.S.C. § 1326(a)** |
| | ) | **Re-entry After** |
| **OSCAR SILVANO TOGA** | ) | **Removal/Deportation** |

**PENALTY CERTIFICATION**

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:** **Re-entry After Removal/Deportation**
8 U.S.C. § 1326(a)

- Not more than two years of imprisonment;
- Not more than a $250,000 fine;
- Not more than one year of supervised release; and
- $100 special assessment.

If Defendant's removal was subsequent to a felony conviction as set forth in 8 U.S.C. § 1326(b)(1):

- Not more than ten years of imprisonment;
- Not more than a $250,000 fine;
- Not more than three years of supervised release; and
- $100 special assessment.

If Defendant's removal was subsequent to an aggravated felony conviction as set forth in 8 U.S.C. § 1326(b)(2):

- Not more than twenty years of imprisonment;
- Not more than a $250,000 fine;
- Not more than three years of supervised release; and
- $100 special assessment.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Olivia C. Brame***

Olivia C. Brame
Assistant United States Attorney
Mississippi Bar No. 103919