**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

**CLERK'S MINUTES**

---

**CASE NO.:** **2:26-CR-39**

**UNITED STATES OF AMERICA**

**v.**

**OSCAR SILVANO TOGA**

**DATE:** **August 14, 2026**

**TIME:** **2:32-2:52**

**LOCATION: BWK-CR-2**

---

**Judge:** Benjamin W. Cheesbro, US Magistrate Judge

**Court Reporter:** FTR BWK-CR2

**Probation Officer:** Fonda Dixon

**Attorney(s) for Government:** Lauren Olsen

**Attorney(s) for Defendant:** Trey Hicks

**Courtroom Deputy:** Kim Mixon

**Interpreter:** Andrea Anasta

**Security:** USMS-Joseph C.

---

**PROCEEDING: INITIAL APPEARANCE/ARRAIGNMENT**

- [x] CJA 23: Provided
- [x] Defendant qualifies for court appointed counsel. Counsel appointed.
- [x] Defendant advised of rights and the Government's disclosure obligations.
- [x] Defendant advised of charges and penalties.
- [x] Defendant waives formal reading of indictment.
- [x] Not guilty plea entered.
- [ ] Defendant waived preliminary hearing.
- [x] Scheduling and Discovery Order was discussed and will be filed as a separate entry with specific dates.
- [x] Government moves for detention.
  - [ ] Defendant requests 5 days to prepare for detention hearing.
  - [ ] Government requests 3 days to prepare for detention hearing.
  - [x] Defendant waives detention hearing at this time.
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held,
- [ ] Defendant released on bond subject to conditions. Defendant advised of conditions.
- [ ] Defendant released with supervision.
- [ ] Defendant detained pending a detention hearing.
- [x] Defendant detained pending trial.
- [x] Defendant remains in the custody of the United States Marshal Service.

**ADDITIONAL COMMENTS:**